# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07-mj-235 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBIN CHESSON | ) | |
| | ) | |

THIS MATTER is before the Court on the Government's "Notice of Appeal and Motion for Stay and Revocation of Magistrate Judge's Release Order and for Order of Detention," filed November 26, 2007. On or about November 26, 2007, the Defendant was brought before the Honorable F. Bradford Stillman, United States Magistrate Judge for the Eastern District of Virginia, for his initial appearance. At the conclusion of that appearance, Judge Stillman ordered the Defendant be released on bond.

Pursuant to 18 U.S.C. § 3145(a)(1), this Court will stay the Magistrate Judge's release order pending a ruling by this Court on the Government's motion to revoke the release order.

IT IS, THEREFORE, ORDERED that the Government's motion to stay is hereby GRANTED, and the defendant shall be DETAINED until further order of this Court. The Court will notify the parties at a later date if a hearing in this matter is necessary.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service, the United States Attorney's Office, and defense counsel.

Signed: November 27, 2007

Frank D. Whitney
United States District Judge